# UNITED STATES DISTRICT COURT

EASTERN \_\_\_\_\_ District of MASSACHUSETTS

NORTH AMERICAN INDUSTRIES, INC.
Plaintiff
V.

CALIBER ONE INDEMNITY COMPANY
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10333 MLW

TO: (Name and address of Defendant)

CALIBER ONE INDEMNITY COMPANY
1040 SDNY HILL ROAD
YARDLEY, PENNSYLVANIA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL H. THEODORE, ESQ.
COHN & DUSSI LLC
25 BURLINGTON MALL Rd., 6TH FLOOR
BURLINGTON, MA 01803

an answer to the complaint which is herewith served upon you, within \_\_\_20\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

FEB 18 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/1/05 |
| NAME OF SERVER (PRINT) Alan Salaman | TITLE Process Server |

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the third-party defendant. Place where served: 1 Oxford Vly - Langhorne, PA - 19047

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: X ___ Dan Br__
  W/F 5-6  130 lbs - 28 y/o

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 65 miles/2 locations | Served Defendant 1 Oxford Vly - Langhorne, PA - 19047 | $85.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/1/05
Date

Signature of Server

807 Brighton St - Philadelphia, PA - 19111
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.